# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANDRA J. BROGAN,**

      **Plaintiff,**

v.   Case No:   6:17-cv-745-Orl-40KRS

**VOLUSIA COUNTY, FLORIDA, ARMOR CORRECTIONAL HEALTH SERVICES, INC., ANGELA PRUDENTE, JAMIE BRYANT, MELVINA MCCRAE, CHRISTINE GOOD, SUSAN CUMMINGS, R.N., WAYNE SCHROCK and JANE DOE '35;1-4,**

      **Defendants.**

## ORDER

This cause comes before the Court on review of Plaintiff's Fed. R. Civ. P. 41(a) Notice of Voluntary Dismissal without Prejudice (Doc. 148) filed August 9, 2018, 2016. The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).   The Clerk of Court is **DIRECTED** to terminate all pending motions and close the file.

**DATED** in Orlando, Florida, this 10th day of August 2018.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party